# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3679
_____

TONY LAMAR CASTRO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

July 9, 2019


PER CURIAM.

In this appeal filed pursuant to *Anders v. California*, 386 U.S. 738 (1967), we affirm the judgment, sentences, and the order revoking Appellant's probation. However, we remand for the entry of a corrected probation revocation order that conforms to the trial court's oral pronouncement that revocation was based only upon Appellant's new law offenses. *See Thomas v. State*, 255 So. 3d 997, 997 (Fla. 1st DCA 2018) (affirming the revocation of probation and sentence but remanding for entry of a corrected revocation order that conformed to the trial court's oral pronouncement); *Sesco v. State*, 254 So. 3d 1196, 1196 (Fla. 1st DCA 2018) (affirming the revocation of probation and sentence but remanding for the trial court to enter a corrected revocation order reflecting, consistent with its oral pronouncement, that the revocation was based only

on the new law offenses); *Ross v. State*, 212 So. 3d 1149, 1150 (Fla. 1st DCA 2017) (affirming the revocation of probation and sentences but remanding for entry of a corrected revocation order that conformed to the trial court's oral pronouncement).

AFFIRMED but REMANDED for correction.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.